UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge Case No. 22-mj-01072-DLC |
| ) | |
| CODY TOOLIS, ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Nicholas I. Green, U.S. Marshals Service, do hereby make oath before the Honorable Donald L. Cabell, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Cody Toolis on a Petition for Warrant for Offender Under Supervision filed in the District of Rhode Island charging the defendant with three violations of his conditions of supervision and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.  A copy of said warrant is attached.

_____
Nicholas I. Green
Deputy U.S. Marshal
U.S. Marshals Service

Subscribed and sworn to before me this 28th day of March, 2022.

_____
Honorable Donald L. Cabell
United States Magistrate Judge

